IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| EMPEROR ELDER<br>Plaintiff<br>v.<br><br>Commissioner of Social Security<br>Administration<br>Defendant | No. 15-cv-11883<br>Judge Andrea R. Wood<br><br>**FILED**<br>JUN 13 2017<br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

## Motion for Consideration & Decision

Now comes Plaintiff EMPEROR ELDER, by and through PRO SE attorney, and for his **Motion for Consideration & Decision**, state as follows:

1. The plaintiff, Emperon Elder, has been without any significant gainful activity since November of 2007.
2. The plaintiff has been on Illinois Food Stamps since November of 2007.
3. The plaintiff has been surviving due to the charity and assistance of his family since that time.
4. The plaintiff has been under prescribed home care services since that time.
5. Multiple government and private medical agencies have recognized the plaintiff as disabled since that time.
6. Multiple individuals have testimony to validate the plaintiff's disabilities.
7. The legal standard and precedent support the plaintiff's position.
8. The commissioner is yet to file any reply on reply brief to the plaintiff's November of 2016 filing.
9. No new motions or evidence have been submitted by the defendant.
10. The docket records the last activity in this case in November of 2016 by the Plaintiff.

### Conclusion

Wherefore, Plaintiff Emperor Elder respectfully requests that this Honorable Court to grant a decision in favor of the plaintiff, for the the following reasons: United States law, and legal citations set forth within this Plaintiff's filed documents along with previously submitted evidence. The claimant submits a request to consider this case in its totality and issue a favorable decisions along with proper benefits or to grant the requested relief or other relief it should deem fit.

_____
Emperor Elder-Pro Se Plaintiff

9707 S. Michigan Ave  
Chicago, IL.60628  
773-568-5760  
elderemperor@gmail.com